IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| K.W., ex rel KANISA DAVIS; ) | |
| A.B., ex rel SANDRA BRIEN; and ) | |
| J.B., ex rel JACQUELINE BRINKLEY ) | |
| ) | CONSOLIDATED CASES |
| v. ) | NO. 3:16-1975 |
| ) | Crenshaw/Holmes |
| RUTHERFORD COUNTY, TENNESSEE ) | |
| ) | |
| And ) | |
| ) | |
| DYLAN J. GEERTS ) | |
| ) | |
| v. ) | NO. 3:17-1014 |
| ) | |
| RUTHERFORD COUNTY, TENNESSEE ) | |

**O R D E R**

A telephonic status conference shall be held on **December 27, 2018, at 11:00 a.m. (CT).** Unless Plaintiffs' counsel provides other instructions, the conference call dial-in instructions shall be those used for the prior December 18 telephonic status conference. If the dial-in information has changed, Plaintiffs' counsel may provide new dial-in instructions to opposing counsel and to Ms. Jeanne Cox, Courtroom Deputy, at Jeanne_W_Cox@tnmd.uscourts.gov by no later than **noon on December 26, 2018**.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge